IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JINGBIAO CUI                                                                                       PLAINTIFF

VS.                                              4:16-CV-00154-JLH

JACK LESSENBERRY and
AUTOMOBILE CLUB INTER-INSURANCE
EXCHANGE                                                                                     DEFENDANTS

## ORDER OF DISMISSAL

That since the Complaint of the Plaintiff against the last remaining Defendant, Automobile Club Inter-Insurance Exchange, has been settled and compromised in full, the Court hereby orders that the Complaint of the Plaintiff against Automobile Club Inter-Insurance Exchange should be and is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
Honorable Leon Holmes
United States District Court Judge

DATE: July 27, 2017

APPROVED AS TO FORM:

_____
Marc Baretz
Attorney for Plaintiff

_____
Kevin Staten
Attorney for Defendant Automobile Club Inter-Insurance Exchange